# EXHIBIT A

JUL 20 2018

| ☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |
| ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |

| DIVISION<br>☒ CIVIL ☐ OTHER<br>☐ DISTRICTS | SUMMONS 20 DAY CORPORATE SERVICE<br>(a) GENERAL FORMS | CASE NUMBER<br>18-13643CC05 |
|---|---|---|
| PLAINTIFF(S)<br>Felicia Patterson | VS. DEFENDANT(S) AIDi | SERVICE 08 |

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on defendant(s): Terri Pfortmiller
1200 North Kirk Road Batavia, IL 60510

Each defendant is required to serve written defense to the complaint or petition on Plaintiff's Attorney: Felicia Patterson

whose address is: 16004 NW 38th Place
Opa-Locka, Florida 33054

CLOCK IN

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| HARVEY RUVIN<br>CLERK of COURTS | Natasha Merkerson<br>DEPUTY CLERK | DATE<br>JUN 25 2018 |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

CLK/CT. 314 Rev. 02/16      408  7/20/18      Clerk's web address: www.miami-dadeclerk.com

{Check One}
[✓] IN THE COUNTY COURT FOR THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**OR**

[ ] IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Felicia Patterson
{Fill in Party Name(s)}    Plaintiff

Case No. 18-136430CC05 (08)

v.

ALDI
{Fill in Party Name(s)}    Defendant

THE ORIGINAL FILED ON JUN 25 2018 IN THE OFFICE OF CIRCUIT COURT MIAMI-DADE CO. CIVIL DIVISION

**COMPLAINT FOR DAMAGES**

Plaintiff, Felicia Patterson, sues defendant, ALDI
{Write name of Plaintiff(s) listed above}

Terri Pfortmiller, CFO, and alleges:
{Write Name of Defendant(s) listed above}

1. This is an action for damages in the amount of $ 15,000
   {Write dollar amount}

2. Plaintiff resides at 16004 NW 38th Place
   Opa-Locka, Florida 33054
   {Write address of Plaintiff}

3. Defendant resides at 1200 North Kirk Road
   Batavia, IL 60510    or
   {Write address of Defendant}

Defendant is a Florida Corporation doing business at 1290 NE 108th Street
Miami, Florida 33161
{Write address of Defendant}

4. On, July/Aug 2017, Religion, Retaliation, Age etc
   {Write the date of incident}   {Write the statement of facts about your case}

After I questioned the store manager/District manager about a rule (handbook) that was not being followed and I complained to the corporate office the retaliation started. ALDi allowed two customers to verbally abuse me and leave the store after 5 minutes the customer came back in the store threatning me ALDi never asked the customer to leave. The Staff manager was just instructed to apologize to the customer no matter what the incident may be. The store manager would schedule me on Sunday which at the time of hire and on my application clearly state no Sunday for religious purposes, I was being Bullied by the store and district manager. There are other Law suc filed against ALDi. It's to much to write I have documents

Page 1 of 2
6/17

*Falsifying documents. The customer calling me a nigger etc. To write me up*

5. Plaintiff is entitled to relief from defendant under the above facts on the basis of defendant's

{Write description of basis for relief- such as breach of contract, negligence, etc} **Falsifying a written up notice, Not** by reason of {Write facts to support your basis of relief} **protecting me at work. The manager Bryan was present pertaining to another incident where the customer called me a Fat A-- (Retaliation), Religion, Age,**

6. The items of {Write the injury/damage} **Loss of income, Fear for my life** to which plaintiff is entitled to relief from defendant include {Specify items}: **Not calling the police allowing the customer to cuss at me saying this nigger needs to be trained. in front of the whole store. Threatening Always telling me to do maintainence work when there suppose to be a rotection. when question the manager (shift) Stated this is what the store/district manager ordered**

{OPTIONAL} 7. Plaintiff has agreed to pay a reasonable attorney's fee and is entitled to recover attorney's fees in this action pursuant to {citation of statute}_____ / Paragraph

{Number of Paragraph} _____ of the contract entered into between plaintiff and defendant.

As a result, plaintiff requests judgment against defendant for damages, attorney's fees if applicable; costs of suit, and any other and further relief as the court may deem proper.

{OPTIONAL} **✓** {Check if desired} Plaintiff, demands a jury trial in the above-entitled action.


{Fill in Date}: ON THIS **25** {Date} DAY OF **June** {Month}, 20 **18**

Respectfully filed by:
{Fill in Signature}: *Felicia Patterson*
{Fill in Name} NAME: **Felicia Patterson**
{Fill in Address} ADDRESS: **16004 NW 38th Place Opa-locka, Florida 33054**
{Fill in Telephone} TELEPHONE: _____

# KANE COUNTY SHERIFF'S OFFICE
## Certificate of Service

OUT OF STATE COURT

PATTERSON, FELICIA
vs.
PFORTMILLER, TERRI


Served

____ Unserved

Civil Paper Number - 2018-00003117

Affidavit of Service

1813643CC05

OUT OF STATE SUMMONS

FILED FOR RECORD 2018 JUL 30 PM 2:32

I, Deputy Ronald Rogawski, Badge # 408 of the KANE COUNTY SHERIFF'S OFFICE, certify and affirm that on 07/20/2018 at 15:18:33, at 1200 N KIRK RD, in the city/township of Batavia, IL, served within authenticated OUT OF STATE SUMMONS upon TERRI PFORTMILLER, the defendant named here in the following manner.

SUBSTITUTE SERVICE

By delivering to and leaving with CECILY GAW personally, a true copy thereof, said person being known or identified to me as the person mentioned and described therein.

If unserved, I have made due search and inquiry and exercised due diligence, but I am returning OUT OF STATE SUMMONS after making the following attempts.

| Date | Time | Comments |
|---|---|---|
| 07/01/2018 | 07:25:00 | closed |
| 07/20/2018 | 15:18:33 | SERVED GAW,CECILY (REGISTERED AGENT/27 YOA) AS BUSINESS AGENT FOR PFORTMILLER,TERRI |

Donald E. Kramer
Ronald Rogawski
Deputy Sheriff

408
Badge Number

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

**DIVISION**
☐ CIVIL    ☐ OTHER
☐ DISTRICTS

SUMMONS 20 DAY CORPORATE SERVICE
(a) GENERAL FORMS

**CASE NUMBER:** 18-13643CC05

**PLAINTIFF(S):** Felicia Patterson

**VS. DEFENDANT(S):** ALDI

**SERVICE** (08)

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and copy of the complaint or petition in this action on defendant(s): Terri Pfortmiller, CFO
1200 North Kirk Road Batavia IL
60510

Each defendant is required to serve written defense to the complaint or petition on Plaintiff's Attorney: Felicia Patterson

whose address is: 16004 NW 38th Place
Opa-Locka, Florida

SHERIFF'S No. 2018 3117

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days.**" after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**HARVEY RUVIN**
**CLERK of COURTS**

30/631
DEPUTY CLERK

**DATE:** JUN 25 2018

### AMERICANS WITH DISABILITIES ACT OF 1990
### ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

CLK/CT. 314 Rev. 02/16

Clerk's web address: www.miami-dadeclerk.com



# Kane County Sheriff's Office
37W755 IL Route 38 • St. Charles, IL 60175
Tel: 630.232.6840 • Fax: 630.513.6984

**Donald E. Kramer**
Sheriff

**Thomas L. Bumgarner**
Chief Deputy

**Patrick Gengler**
Director of Administration

**James Lewis**
Director of Corrections

**Eddie Jackson**
Director of Court Security

---

Case No. 1813643CC05

I certify that I served this Writ on the Defendant as follows:

_____ (A) Personal Service – By leaving a copy with each individual defendant personally.

__X__ (B) Substitute Service – By leaving a copy at the usual place of abode of each individual defendant with a person of his and/or her family that is thirteen years of age (13) or older, informing the person of the contents, and by sending a copy of the writ in a sealed envelope, and with postage fully prepaid and addressed to each individual defendant at his or her usual place of abode.

_____ (C) Corporation Service – By leaving a copy with the registered agent, officer or agent of each defendant corporation.

_____ (D) Posting Service – By posting a copy upon the premises.

_____ (E) The within-named defendant(s) was not served/found in Kane County, Illinois. Date: ___/___/___

Name of Defendant: Terri Pfortmiller
Writ Given To: Cecily Gaw
Relationship or Title: receptionist
Gender: F  Race: W  Approx. Age: 25
Service Address: 1200 N. Kirk Rd, Batavia
Date of Service: 07/20/2018
Time of Service: 1515
Date of Mailing: ___/___/___

"OFFICIAL SEAL"
DENISE E. HAMBLEN
Notary Public, State of Illinois
My commission expires 04/29/19

Denise E. Hamblen
7-23-18

Donald E. Kramer
Sheriff of Kane County
By: R Rogawski  # 408/1431

www.kanesheriff.com

{Check one}
[ ] IN THE COUNTY COURT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA
**OR**
[ ] IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Felicia Patterson
{Fill In Party Name(s)}   Plaintiff

vs.

ALDI Terry Pfortmiller CFO
{Fill In Party Name(s)}   Defendant.

Case No.: 1813643CC05
{Fill In Case No.}

{Check One}: (✓) PLAINTIFF'S   ( ) DEFENDANT'S

{State Name Of Motion}: MOTION TO/FOR __Civil__

{Check One}: ✓ Plaintiff ___ Defendant moves this Honorable Court as follows {State your request and provide any information that would support your request. Attach additional pages if necessary}:

See attachment / Right to sue letter from the EEOC

FILED FOR RECORD 2018 AUG -7 PH 2:44

Wherefore, {Check One}: ✓ Plaintiff ___ Defendant, moves for entry of an order in consonance with the foregoing, together with such further relief as this court deems to be just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING HAS BEEN FURNISHED BY {Check One}: ✓ MAIL or ___ HAND TO: {Provide the name and address of all other party(ies) in this case}: _____

{Fill In Date}: ON THIS _____ {Date} DAY OF _____ {Month}, 20_____.

Respectfully filed by:
{Fill In Signature}: Felicia Patterson
{Fill In Name}   NAME: Felicia Patterson
{Fill In Address}   ADDRESS: 16004 NW 38th Place
Opa-Locka, Florida 33054
{Fill In Telephone}   TELEPHONE: 305-741-8585

Page 1 of 1
5/23/2017

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**DISMISSAL AND NOTICE OF RIGHTS**

To: Felicia Patterson
16004 N.W. 38th Place
Miami Gardens, FL 33054

From: Miami District Office
Miami Tower, 100 S E 2nd Street
Suite 1500
Miami, FL 33131

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2018-02255 | Mario R. Hernandez, Investigator | (305) 808-1746 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

MICHAEL J. FARRELL,
District Director

MAY 2 3 2018
(Date Mailed)

Enclosures(s)

cc: Respondent's Representative
Terri Pfortmiller, CFO
ALDI US Headquarters
1200 N Kirk Road
Batavia, IL 60510



{Check One}
[ ] IN THE COUNTY COURT FOR THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA
**OR**
[ ] IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Felicia Patterson
{Fill in Party Name(s)}   Plaintiff
v.
ALDI Terry Pfortmiller
{Fill in Party Name(s)}   Defendant.

Case No. 18 1364 3 CC 05
{Fill in Case No.}

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing has been set before the {If you know the Judge's name, write it on the line} Honorable Judge __Maria Ortiz__, at the Miami-Dade County Courthouse, 73 West Flagler Street, Miami, Florida 33130, Room ____ on the __Aug__ day of __28__, 20__18__ at __9:30__ o'clock __am__/ pm or as soon as the matter may be heard upon the following __Rm 612__

MOTION: __Civil__
{Write name of Motion here. NOTE: the Motion must also be filed}

I HEREBY CERTIFY that the original of this notice was filed with the court and a true and correct copy was on this {Fill in the date} ____ day of {Fill in the Month} _____ {Fill in the year} 20____ mailed and/or hand-delivered to the below addressee(s).

Cc: __ALDI Terry Pfortmiller,__
__CFO__
__1200 North Kirk Road__
__Batavia, IL 60510__

Respectfully filed by:
{Fill in Signature}: __Felicia Patt__
{Fill in Name} NAME: __Felicia Patterson__
{Fill in Address} ADDRESS: __16004 NW 38th Place__
__Opa-locka, Florida 33054__
{Fill in Telephone} PHONE: __305-741-8585__

{If necessary, attach another sheet for additional parties}

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

IN THE COUNTY COURT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

FELICIA PATTERSON,

    Plaintiff,

vs.

CASE NO.: 18-13643 CC 05

ALDI,

    Defendant.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES FOR SERVICE OF COURT DOCUMENTS

Defendant, ALDI (Florida) LLC (hereinafter referred to as "ALDI"), improperly named ALDI, hereby gives notice of the appearance of the firm of RUMBERGER, KIRK & CALDWELL, A Professional Association and Suzanne A. Singer, Esq., as its counsel herein.

Pursuant to Florida Rule of Judicial Administration 2.516(b)(1)(A), the Defendant, ALDI, hereby gives notice of the primary and secondary e-mail addresses of its counsel as follows:

|  |  |
|---|---|
| Counsel's name: | Suzanne A. Singer |
| Primary e-mail address: | ssinger@rumberger.com |
| Secondary e-mail address(es): | docketingmiami@rumberger.com and ssingersecy@rumberger.com |

CASE NO.: 18-13643 CC 05

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by e-Filing with the Clerk of Court via Florida e-Filing Portal and by U.S. Mail, to the following, this 8th day of August, 2018.

Felicia Patterson
16004 N.W. 38th Place
Opa-Locka, FL 33054
***(Pro Se Plaintiff)***

        *s/ Suzanne A. Singer*
        SUZANNE A. SINGER
        Florida Bar No.: 0946222
        E-mail: ssinger@rumberger.com (primary)
                docketingmiami@rumberger.com and
                ssingersecy@rumberger.com (secondary)
        RUMBERGER, KIRK, & CALDWELL, P.A.
        A Professional Association
        Brickell City Tower, Suite 3000
        80 Southwest 8th Street
        Miami, Florida 33130-3037
        Tel: 305.358.5577
        Fax: 305.371.7580
        *Attorneys for Defendant*

IN THE COUNTY COURT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

FELICIA PATTERSON,

        Plaintiff,

vs.                                  CASE NO.:  18-13643 CC 05

ALDI,

        Defendant.
_____/

**DEFENDANT, ALDI'S MOTION FOR ENLARGEMENT OF
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

    Defendant, ALDI (Florida) LLC (hereinafter referred to as "ALDI"), improperly named ALDI, by and through its undersigned counsel hereby moves for an enlargement of time within which to respond to Plaintiff's Complaint, and in support states as follows:

    1.    On July 20, 2018, Plaintiff served ALDI with the Complaint in the above-referenced matter.  ALDI's response to the Plaintiff's complaint is due on August 9, 2018.

    2.    The undersigned firm was recently retained as defense counsel for ALDI. Defense counsel needs additional time to diligently investigate the allegations and confer with her client in order to adequately respond to the Plaintiff's complaint.  As such, undersigned counsel requests up to and including August 30, 2018, in which to file an appropriate response to the Complaint.

    3.    No party will be prejudiced by this Court's grant of the requested extension of time and the request is not made for purposes of delay.

    4.    Undersigned attempted to confer with Plaintiff in a good faith attempt to resolve the matters contained herein, but has been unable to make contact with the Plaintiff at her last known telephone number.

**WHEREFORE**, Defendant, ALDI, respectfully requests this Court grant the its motion and enter an order allowing an extension of time of up to and including August 30, 2018, by which to serve an appropriate response to Plaintiff's Complaint.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by e-Filing with the Clerk of Court via Florida e-Filing Portal and U.S. Mail to the following, this 8th day of August, 2018.

Felicia Patterson
16004 N.W. 38th Place
Opa-Locka, FL 33054

*(Pro Se Plaintiff)*

    *s/ Suzanne A. Singer*
SUZANNE A. SINGER
Florida Bar No.: 0946222
E-mail: ssinger@rumberger.com (primary)
    docketingmiami@rumberger.com and
    ssingersecy@rumberger.com (secondary)
RUMBERGER, KIRK, & CALDWELL, P.A.
A Professional Association
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel: 305.358.5577
Fax: 305.371.7580
*Attorneys for Defendant*